IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN GREEN )<br>    Plaintiff )<br>v. )<br>)<br>ALLIED INTERSTATE, INC., )<br>d/b/a ALLIED INTERSTATE LLC )<br>and )<br>ALLIED INTERSTATE LLC )<br>    Defendants ) | Case No.: 11-947 |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, STEPHEN GREEN, pursuant to Rule 41 (a) (I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/Michael P. Forbes
MPF8441
Michael P. Forbes, Esquire
Attorney for Plaintiff
Law Office of Michael P. Forbes, PC
Attorney I.D. #55757
200 Eagle Road
Suite 220
Wayne, PA 19087
(610)293-9399